Douglas T. Sloan   #194996
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor (93711)
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Plaintiff MENNONITE BRETHREN HOMES,
INC. dba PALM VILLAGE RETIREMENT COMMUNITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENNONITE BRETHREN HOMES, INC. dba PALM VILLAGE RETIREMENT COMMUNITY,<br><br>Plaintiff,<br><br>vs.<br><br>GULF INSURANCE COMPANY, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:05-CV-00140-REC-SMS<br><br>**STIPULATED ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 41(a) and (c), as follows:

1. Plaintiff's claim for "Bad Faith Refusal to Provide Policy Benefits," as set forth in Count III of the complaint herein, is hereby dismissed with prejudice;

2. The remainder of the claims asserted in the complaint in this action are dismissed without prejudice;

3. Each party shall bear its own costs.

_____/s/ ROBERT E. COYLE_____
Robert E. Coyle
Dated: May 19, 2006    U. S. DISTRICT COURT JUDGE

F:\wpd\100\10938\006 - Gulf\Proposed Stipulated Order of Dismissal RE1.doc

**[PROPOSED] STIPULATED ORDER OF DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com